UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JONAH BASCLE | CIVIL ACTION |
| VERSUS | NO. 11-2846-SSV-SS |
| MCDONALD'S CORPORATION | |

### RECUSAL ORDER

Because the undersigned Magistrate Judge owns stock in McDonald's Corporation in accordance with Title 28, Section 455, I hereby disqualify myself from further proceedings in the above-captioned matter and direct the Clerk of Court to re-allot the case to another Magistrate Judge Section.

New Orleans, Louisiana, dated November 18, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**

NOV 18 2011

REALLOTTED TO
MAG. 3